1  Your name: Alejandro Evaristo Perez

2  Address: 9233 Westheimer #405, Houston TX 77063

3  Phone Number: (214) 762-0075

4  E-mail Address: alejandro.evaristo.perez@gmail.com

5  Pro Se Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| ALEJANDRO EVARISTO PEREZ<br>    Pro Se Plaintiff-Appellant,<br>v.<br>DISNEY CORPORATION,<br>THE WALT DISNEY COMPANY,<br>DISNEY ENTERPRISES, INC.,<br>DISNEY ABC INC.,<br>DISNEY SUBSIDIARIES [5x], ET AL.,<br>    Defendant(s)-Appellee(s) | Case No. 2:21-cv-03490-JFW-E<br>**NOTICE OF NOTICE OF CLERICAL ERROR, FRCP COMPLIANCE, AND RESTORATION OF LEGAL STANDARDS**<br><br>JUDGE: Judge John F. Walter<br>ORIGINAL FILING: 22 APR 2021 |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

IAW FRCP 36 (Clerical Error), any party can give any notice it considers appropriate to the court at any time correct a clerical error in a judgment, order, or other part of the record, or

correct an error in the record arising from oversight or omission.  The good hearted Pro Se Party gives this NOTICE that "must be construed liberally" (Resnick v. Hayes, 213 F.3d 443, 447 (9th Cir. 2000)), and should not be dismissed (Haines v. Kerner, 404 U.S. 519, 521 (1972)).

PLEASE TAKE NOTICE that the Pro Se Plaintiff politely reminds our Judge John F. Walter (because he did give a STAY, which the Pro Se Party appreciates with a good heart), our excellent CACD Court, and the cheap unethical Defendant(s) on the following. That all Parties must comply with FRCP (ex. FRCP15), the most updated tiles above of nomenclature title of "ALEJANDRO EVARISTO PEREZ V. DISNEY CORPORATION, THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., DISNEY ABC INC., DISNEY SUBSIDIARIES [5x], ET AL.," the most updated AMENDED COMPLAINTS (TXSD Docket# 67, CACD Docket #49), which was originally demanded our excellent TXSD Court Clerk Team IAW FRCP 15 when the Pro Se Plaintiff submitted "AMENDED NOTICE OF APPEAL TO US COURT OF APPEALS FOR THE FIFTH CIRCUIT" (TXSD Docket #58). The newest ORDER (CACD Docket#51) fails to comply with reality of the Parties in the TXSD docket and fails to understand that this case is a conspiracy to restrict trade, which means there is malice from some of the Parties. Thus, administrative updates are require to clarify the trade conspiracy to counter the malice of the cheap unethical Defendant(s).  **The Pro Se Party understands that ORDER (CACD Docket# 47) to wait patiently on the TXSD Court's Decision on the cheap unethical Defendant(s)'s incomplete late 1st Motion to Dismiss (TXSD Docket #7). Judge Charles Eskridge is an excellent Honorable Judge with a good heart, so the Pro Se Party can understand that our Judge Walter's smart decision to follow our Judge Eskridge's legal actions.  Judge Eskridge did accept the Pro Se Party's TXSD**

NOTICE OF CLERICAL ERROR, FRCP COMPLIANCE, & RESTORATION. OF LEGAL STANDARDS
CASE NO. 2:21-cv-03490-JFW-E     PAGE 2 OF 3

**1st Amended Complaint (TXSD Docket#30) and he actually updated the Parties in his Recusal Order (TXSD Docket# 50) to give all Parties a "fresh-start" legal start. If fact, he called the Federal Case "ALEJANDRO EVARISTO PEREZ V. DISNEY CORPORATION and THE WALT DISNEY COMPANY" in his recusal ORDER (TXSD Docket# 50). The Pro Se Party followed Judge Eskridge's legal initiative by refiling a 4th Motion for Summary Judgment (TXSD Docket#52) based on the new Parties. After Judge Ellison added "et al,." in title caption, the Pro Se Party followed that best practice henceforth.** However, that infamous incomplete late 1st Motion to Dismiss (TXSD Docket #7) is technically inside a TXSD Federal Case now called "ALEJANDRO EVARISTO PEREZ V. DISNEY CORPORATION, THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., DISNEY ABC INC., DISNEY SUBSIDIARIES [5x], ET AL.,". The Pro Se Party would really appreciate the admin changes IAW FRCP 36, FCRP 15 (b) "Amendments During And After Trial"; (c) "When an Amendment Relates Back"; (d) "Supplemental Pleadings", Resnick v. Hayes, 213 F.3d 443, 447 (9th Cir. 2000)), and Haines v. Kerner, 404 U.S. 519, 521 (1972)).

God bless America.

Respectfully submitted,

Dated: 14MAR2022         /s/ /AEP/ Alejandro Evaristo Perez

_____

ALEJANDRO EVARISTO PEREZ
PRO SE PLAINTIFF – APPELLANT
NON-RESIDENT COPYRIGHT HOLDER
WHO IS ENTITILED TO A MOTION FOR
SUMMARY JUDGMENT

NOTICE OF CLERICAL ERROR, FRCP COMPLIANCE, & RESTORATION.
OF LEGAL STANDARDS
CASE NO. 2:21-cv-03490-JFW-E    PAGE 3 OF 3